STATE OF CONNECTICUT *v.* MATTHEW ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 794 (AC 19242), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 28, 2000

STATE OF CONNECTICUT *v.* MACK YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 831 (AC 19343), is denied.

*Richard E. Condon, Jr.,* deputy assistant public defender, in support of the petition.

*Robert M. Spector,* deputy assistant state's attorney, in opposition.

Decided April 28, 2000

STATE OF CONNECTICUT *v.* THOM N. ASHBY

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 908 (AC 19506), is denied.

*Thom N. Ashby,* pro se, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided April 28, 2000